HUNT *v.* CONNECTICUT.

No. 117, Misc. Decided June 10, 1968.

*James W. Marshall* for petitioner.

*David B. Salzman* for respondent.

PER CURIAM.

The motion to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment of the Supreme Court of Connecticut is vacated and the case is remanded to that court for further consideration in light of *Bruton* v. *United States,* 391 U. S. 123. See *Roberts* v. *Russell, ante,* p. 293.

MR. JUSTICE BLACK dissents.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent for the reasons stated in MR. JUSTICE WHITE's dissenting opinion in *Bruton* v. *United States,* 391 U. S. 123, 138 (1968).